# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Mary B Sayman <br> Robert W. Sayman, <br><br> Plaintiff(s), <br><br> vs. <br><br> Ashley Richey <br> Andrew J. Peterson <br> Goddard & Peterson, PLLC <br> Nationstar Mortgage, LLC, <br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | JUDGMENT IN CASE <br><br> 3:14-cv-00426-FDW-DSC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 25, 2015 Order.

February 25, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court