UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00426-FDW-DSC

| | |
|---|---|
| ROBERT W. SAYMAN ) | |
| MARY B. SAYMAN ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ASHLEY RICHEY ) | |
| ANDREW J. PETERSON ) | |
| GODDARD & PETERSON, PLLC ) | |
| NATIONSTAR MORTGAGE, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiffs' Motion to Reconsider. (Doc. No. 34). In their motion, Plaintiffs ask the Court to revisit the order (Doc. No. 32) dismissing the complaint. For the reasons that follow, the motion is **DENIED**.

Plaintiffs' instant motion fails to state any new facts or circumstances to support their argument that the Court should reconsider the Court's prior order. As such, the Court sees no reason to modify its previous ruling that granted Nationstar Mortgage's motion to dismiss and dismissed Plaintiffs' complaint against the other Defendants.

Plaintiffs also argue the Court has shown bias and favoritism in dismissing their complaint and in the warning about a pre-filing injunction. This Court has never held any bias or favoritism when analyzing the merits of Plaintiffs' Complaint and in dismissing Plaintiffs' Complaint. These frivolous arguments are exactly the reason why the Court issued the warning to Plaintiffs regarding the potential for a pre-filing injunction.

1

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion to Reconsider is **DENIED**.

**IT IS SO ORDERED.**

Signed: March 25, 2015

Frank D. Whitney
Chief United States District Judge